```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 17-03806-HWV
LaVerne Catherine Little                                          Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin                 Page 1 of 1                  Date Rcvd: Jan 01, 2018
                              Form ID: 318                Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
```
db             +LaVerne Catherine Little,    17 Beacon Ct,    Chambersburg, PA 17201-4819
4968166        +Chase,    P O Box 78420,    Phoenix, AZ 85062-8420
4968167        +Citizens One Auto Finance,    P O Box 42113,    Providence, RI 02940-2113
4968169        +Department of Commerce FCU,    C/O Silverman/Theologou,    11200 Rockville Pike Ste 520,
                 Rockville, MD 20852-7105
4968171        +Navy Federal Credit Union,    P O Box 3700,    Merrifield, VA 22119-3700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4968165         EDI: CAPITALONE.COM Jan 01 2018 18:43:00      Capital One Bank USA NA,    PO Box 85015,
                 Richmond, VA 23285
4968168        +EDI: WFNNB.COM Jan 01 2018 18:43:00      Comenity Bank/Dress Barn,    P O Box 659704,
                 San Antonio, TX 78265-9704
4968170         EDI: IRS.COM Jan 01 2018 18:43:00      Internal Revenue Service,    Insolvency Admin,
                 P O Box 7346,    Philadelphia, PA 19101-7346
4968172        +EDI: AGFINANCE.COM Jan 01 2018 18:43:00      One Main Financial,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
4968173        +EDI: RMSC.COM Jan 01 2018 18:43:00      SYNCB/PayPal,    P O Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 1, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Michael John Csonka    on behalf of Debtor 1 LaVerne Catherine Little office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **LaVerne Catherine Little** | Social Security number or ITIN xxx–xx–4716 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:17–bk–03806–HWV**

# Order of Discharge                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

LaVerne Catherine Little

**By the court:** *Henry W. Van Eck*

January 1, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**